United States District Court
Southern District of Texas
**ENTERED**
May 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN CECILLIO TORRES, TDCJ #01627212, § § § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. H-23-402 |
| BOBBY LUMPKIN, § § | |
| Respondent. § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this day, this habeas petition is **DISMISSED with prejudice** as barred by limitations.

A certificate of appealability shall not issue.

This is a **FINAL JUDGMENT**.

The Clerk's Office will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 8TH day of May, 2024.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE